# NO. 12-15-00234-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF* | § | *APPEAL FROM THE* |
| *M. M. AND B. L.,* | § | *COUNTY COURT AT LAW NO. 2* |
| *CHILDREN* | § | *ANGELINA COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This accelerated appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant perfected her appeal on September 9, 2015, and her brief was originally due on October 12, 2015. On Appellant's motion, the time for filing the brief was extended to November 2, 2015. When Appellant failed to file her brief by the due date, this Court notified Appellant on November 3, 2015, that the brief was past due. The notice warned that if the brief was not received by November 13, 2015, the appeal would be presented for dismissal. TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

To date, Appellant has neither complied with nor otherwise responded to this Court's November 3, 2015 notice. Accordingly, we ***dismiss*** the appeal ***for want of prosecution***. *See* TEX. R. APP. P. 42.3(b).

Opinion delivered November 18, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 18, 2015**

**NO. 12-15-00234-CV**

**IN THE INTEREST OF M. M. AND B. L., CHILDREN**

Appeal from the County Court at Law No. 2
of Angelina County, Texas (Tr.Ct.No. CV-03-157-14-05)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*